# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
JAN 13 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No.   1:22-CR-00328 JLT SKO |
| STEPHEN TYLER PROCK | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   United States District Court, 2500 Tulare Street, Fresno, California 93721
*Place*

on   **3/1/2023 at 1:00 pm before Magistrate Judge Sheila K. Oberto**
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance and Compliance Bond, if ordered.

## DEFENDANT'S RELEASE IS DELAYED UNTIL 9:00 AM ON 1/17/2023

**PROCK, Stephen Tyler**
**Doc. No. 1:22-CR-00328-JLT-SKO**

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☑ (6) The defendant is placed in the custody of

    Name of person or organization:     Harold Prock

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____
CUSTODIAN

☑ (7) The defendant must:

- ☑ (a) report on a regular basis to the following agency:
Pretrial Services and comply with their rules and regulations;
- ☑ (b) report in person to the Pretrial Services Agency on the first working day following your release from custody;
- ☑ (c) reside at a location approved by the PSO, and not change your residence without prior approval of Pretrial Services Officer;
- ☑ (d) travel restricted to Eastern District of California, unless otherwise approved in advance by Pretrial Services Officer;
- ☑ (e) report any contact with law enforcement to your Pretrial Services Officer within 24 hours;
- ☑ (f) seek and/or maintain employment and provide proof of same as requested by your Pretrial Services Officer; all employment must be approved in advance by your pretrial services officer;
- ☑ (g) cooperate in the collection of a DNA sample;
- ☑ (h) not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition, currently under your control;
- ☑ (i) refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medical marijuana, prescribed and/or recommended may not be used;
- ☑ (j) participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the Pretrial Services Officer; you must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the Pretrial Services Officer;
- ☑ (k) not apply for or obtain a passport or other traveling documents during the pendency of this case;
- ☑ (l) not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;
- ☑ (m) not access the Internet and you must provide proof of the disconnection or termination of this service as required by the Pretrial Services Officer;
- ☑ (n) not use or possess a computer or any device capable of accessing the Internet in your residence or at any other location, unless otherwise approved by the Pretrial Services Officer;
- ☑ (o) Pretrial Services Officer must advise your employer of the conditions of release that may limit your work-related use of a computer or limit your work activities;
- ☑ (p) not loiter or be found within 100 feet of any school yard, park, playground, arcade, movie theater, or other place primarily used by children under the age of 18;
- ☑ (q) not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor;
- ☑ (r) not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18 outside of the presence of other adults;
- ☑ (s) participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay as determined by the Pretrial Services Officer. **HOME DETENTION:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf; and,

## USMS SPECIAL INSTRUCTIONS:

- ☑ (t) have your release on bond delayed until 9:00 a.m. on Tuesday, January 17, 2023, at which time you must report immediately to the Pretrial Services office located at 2500 Tulare Street, in Fresno, California, for the installation of the location monitoring equipment.

1:22-CR-328 JLT SKO

AO 199C (Rev. 09/08- EDCA [Fresno]) Advice of Penalties    Case 1:23-cr-00328-JLT-SKO   Document 9   Filed 01/13/23   Page 3 of 3      3    Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.

Date: __1/13/23__         _____
Judicial Officer's Signature

Erica P. Grosjean, United States Magistrate Judge
_____
Printed name and title

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL