PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>STEPHEN TYLER PROCK,<br><br>   Defendant. | Case No: 1:22-cr-00328 JLT-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; ORDER** |

## STIPULATION

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Eric V. Kersten, counsel for the defendant, Stephen Tyler Prock ("the defendant"), that this action's **Tuesday, May 31, 2023, status conference be continued to Wednesday, August 30, 2023, at 1:00 p.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1. The government prepared and delivered supplemental discovery to defense counsel on May 24, 2023, in accordance with Rule 16. The defense is and has been reviewing discovery thus

STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT

1

far provided.

2. The government currently believes all discovery has been produced pursuant to Rule 16 or otherwise made available for the defense's inspection and review pursuant to the Adam Walsh Act. The government will nevertheless continue to follow up with law enforcement to determine the extent additional supplemental discovery exists. If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it to defense counsel in accordance with Rule 16.

3. As defense counsel completes his analysis of the discovery produced in this case, counsel for the government will work with the defense and HSI's Stockton and Fresno offices to ensure that it is able to also timely review, upon its request, any electronic evidence in this case in accord with relevant provisions of the Adam Walsh Act.

4. As referenced in the Indictment, the electronic devices relevant to this case each contain voluminous data. Defense counsel requires more time to complete its investigation and to have an expert examine the electronic devices.

5. By the time of the continued status conference and as all discovery is timely reviewed, the parties further intend to explore the extent this case can be resolved prior to trial.

6. The parties therefore stipulate that the period of time from May 31, 2023, through August 30, 2023, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

///

///

Dated:  May 24, 2023                                              PHILLIP A. TALBERT  
                                                                               United States Attorney

                                                       By:  /s/ BRITTANY M. GUNTER  
                                                                  BRITTANY M. GUNTER  
                                                                  Assistant United States Attorney

Dated: May 24, 2023                                          By:  /s/ ERIC V. KERSTEN  
                                                                ERIC V. KERSTEN  
                                                                Attorney for Defendant  
                                                                Stephen Tyler Prock

# **O R D E R**

IT IS ORDERED that the status hearing currently set for May 31, 2023, at 1:00 pm is continued until August 30, 2023, at 1:00 pm.

IT IS FURTHER ORDERED THAT the period of time from May 31, 2023, through August 30, 2023, is deemed excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: 5/24/2023

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
United States Magistrate Judge