HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
STEPHEN TYLER PROCK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:22-CR-00328-JLT-SKO |
|---|---|
| *Plaintiff,* | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| STEPHEN TYLER PROCK, | Date:   November 15, 2023 |
| *Defendant.* | Time:   1:00 p.m. |
| | Judge:  Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective

counsel, that the status conference scheduled for August 30, 2023 may be continued to

November 15, 2023, or the soonest date thereafter convenient to the court.

An expert has been retained in this matter and additional time is needed for examination

of digital media in this matter. The parties are engaged in negotiations and additional time to

allow for other defense investigation related to these negotiations and possible trial preparation.

The parties agree that all time through the proposed November 15, 2023 status

conference date shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§

3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the time is necessary to allow for defense

preparation and the delay results from a continuance granted by the Court at the parties' request

on the basis of the Court's finding that the ends of justice served by taking such action outweigh

1  the best interest of the public and the defendant in a speedy trial.

2

3                                             PHILLIP A. TALBERT
                                             United States Attorney
4

5      DATED:  August 24, 2023              /s/ *Brittany Gunter*
                                             BRITTANY GUNTER
6                                            Assistant United States Attorney
                                             Attorney for Plaintiff
7

8                                            HEATHER E. WILLIAMS
9                                            Federal Defender

10

11     DATED:  August 24, 2023              /s/ *Eric V. Kersten*
                                             ERIC V. KERSTEN
12                                           Assistant Federal Defender
                                             Attorney for Defendant
13                                           Stephan Prock

14                              **ORDER**

15

16         **IT IS SO ORDERED**. The August 30, 2023, status conference is continued to

17  November 15. All time through November 15, 2023 shall be excluded for defense preparation

18  pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). Because this continuance

19  is being granted at Defendant's request and the Court finds that the ends of justice served by

20  taking such action outweigh the best interest of the public and the defendant in a speedy trial.

21         The parties shall be prepared to select a mutually agreeable trial date at the next status

22  conference.

23         DATED: 8/25/2023

24                                             *Sheila K. Oberto*
25                                             THE HONORABLE SHEILA K. OBERTO
                                             UNITED STATES DISTRICT JUDGE
26

27

28