PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>STEPHEN TYLER PROCK,<br><br>                Defendant. | Case No: 1:22-CR-00328-JLT-SKO<br><br>STIPULATION TO VACATE STATUS CONFERENCE; SET TRIAL CONFIRMATION HEARING; AND SET TRIAL DATE; ORDER<br><br>DATE: November 15, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

     THE PARTIES HEREBY STIPULATE, through their respective counsel, Assistant United States Attorney, Brittany M. Gunter, on behalf of the government, and Eric Kersten, on behalf of defendant Stephen Tyler Prock ("the defendant"), that this action's: (1) November 15, 2023, status conference be vacated; (2) trial confirmation hearing be set for April 22, 2024; and (3) trial date be set for Tuesday, May 7, 2024.

     The parties base this stipulation on good cause and therefore ask the court to endorse this stipulation by way of formal order. Specifically,

1. The grand jury returned an indictment regarding this matter on December 15, 2022. Dkt. 1. The government prepared and delivered an initial set of discovery to defense counsel within the time limits set forth by Eastern District of California Local Rule 440.
2. The government delivered supplemental discovery to defense counsel on May 24, 2023. The

1

defense is and has been reviewing discovery thus far provided.

3. The government will continue to follow up with law enforcement to determine the extent additional supplemental discovery exists.  If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it to defense counsel in accordance with Rule 16.

4. On October 31, 2023, the court issued a minute order "direct[ing the parties] to meet and confer and select a mutually convenient date for trial." Dkt. 23.  Within this same order, the court further advised that "the parties may stipulate to the trial date, with an appropriate exclusion of time." *Id.*

5. The parties have since met and conferred about both a trial confirmation hearing and trial date and cleared these dates with the Court.  In light of these efforts, the parties ask the court to endorse their stipulation to **set the trial confirmation to take place on Monday, April 22, 2024, and further set trial to commence on Tuesday, May 7, 2024**.  The parties estimate that trial should be completed within 3-4 days.

6. The parties continue to be engaged in plea negotiations and are hopeful that an agreement might be reached that will eliminate the need for trial.  If this matter is not resolved prior to trial, however, defense counsel will need additional time to investigate the case including potential defenses, hire and interact with experts, review electronic evidence in accord with 18 U.S.C. § 3509 of the Adam Walsh Act, contact potential witnesses, complete its review of discovery and supplemental discovery, and communicate with the defendant.  Counsel for the government will ensure that any additional information that it locates and should be produced pursuant to Rule 16 is indeed identified and produced.

7. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8. The parties therefore stipulate that the period of time from November 15, 2023, through May 7, 2024, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i)

and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: November 9, 2023                          PHILLIP A. TALBERT
                                                 United States Attorney

                                         By:  /s/ BRITTANY M. GUNTER
                                              BRITTANY M. GUNTER
                                              Assistant United States Attorney

Dated: November 9, 2023                  By:  /s/ ERIC KERSTEN
                                              ERIC KERSTEN
                                              Attorney for Defendant

## O R D E R

IT IS SO ORDERED.

(1) the status conference currently set for Wednesday, November 15, 2023, is vacated;

(2) a trial confirmation hearing is set to be heard on Monday, April 22, 2024; and

(3) trial is set to commence on Tuesday, May 7, 2024.

IT IS FURTHER ORDERED THAT the period of time from November 15, 2023, through May 7, 2024, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: 11/9/2023                              /s/ Sheila K. Oberto
                                              Honorable Sheila K. Oberto
                                              United States Magistrate Judge