HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
STEPHEN TYLER PROCK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:22-CR-00328-JLT-SKO |
| *Plaintiff,* | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE;** |
| vs. | **ORDER THEREON** |
| STEPHEN TYLER PROCK, | |
| *Defendant.* | Judge:  Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Brittany A. Gunter, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Stephen Prock, that Mr. Prock's conditions of release may be modified to replace the existing home detention condition with a curfew condition allowing to leave his residence between the hours of 9:00 AM and 2:00 PM each week on the days of Monday through Friday. The existing home detention condition will remain in effect on weekends, consisting of Saturday and Sunday of each week. [See Doc.9, p.2, condition 7(s).]

On January 13, 2023 Stephen Prock was granted pretrial release on conditions including location monitoring. Condition 7(s) currently provides that Mr. Prock shall:

> participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include

> having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the Pretrial Services Officer. **HOME DETENTION**: You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf.

Mr. Prock has been subject to home detention for more than 11 months with no violations. He is participating in counseling and reporting as directed. Mr. Prock's supervising Pretrial Services Officer, Lorena Gallagher reports that because Prock has been on supervision since January 2023 and has overall been in compliance, she is in favor of a short curfew and supports this proposed modification.

As amended, Mr. Prock's Location Monitoring Condition, condition 7(s), shall remain unchanged through the "**HOME DETENTION**" portion of the condition. The "**HOME DETENTION**" condition shall be modified as follows, and a "**CURFEW**" condition shall be added o condition to condition 7(s). As modified, 7(s) shall provide that Mr. Prock:

> participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the Pretrial Services Officer. **HOME DETENTION**: On Saturday and Sunday of each week you must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf.

**CURFEW:** You must remain inside your residence Monday through Friday of every week between the hours of 2:00PM to 9:00AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All other conditions of pretrial release for Stephen Prock shall remain in full force and effect.

|  |  |
|---|---|
|  | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: December 21, 2023 | /s/ *Brittany Gunter*<br>BRITTANY GUNTER<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: December 21, 2023 | /s/ *Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>Stephen Prock |

**ORDER**

Pretrial release condition 7(s) shall be modified as set forth above. The home detention portion of condition 7(s) shall be in effect on Saturdays and Sundays of each week. The curfew condition of condition 7(s) shall apply Monday through Friday of each week. All other conditions of defendant's release shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **December 22, 2023**            /s/ Eric P. Grosj
                                                              UNITED STATES MAGISTRATE JUDGE