PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN TYLER PROCK,<br><br>　　　　　　　　　　Defendant. | Case No: 1:22-CR-00328-JLT-SKO<br><br>STIPULATION TO CONTINUE TRIAL DATE AND TRIAL CONFIRMATION HEARING; ORDER<br><br>DATE: May 7, 2024<br>TIME: 8:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |

THE PARTIES HEREBY STIPULATE, through their respective counsel, Assistant United States Attorney, Brittany M. Gunter, on behalf of the government, and Eric Kersten, on behalf of defendant Stephen Tyler Prock ("the defendant"), that this action's: (1) May 7, 2024, trial date be continued to June 25, 2024, and (2) April 22, 2024, trial confirmation hearing be continued to May 28, 2024.

The parties base this stipulation on good cause and therefore ask the court to endorse this stipulation by way of formal order. Specifically,

1. The grand jury returned an indictment regarding this matter on December 15, 2022. Dkt. 1. The government prepared and delivered an initial set of discovery to defense counsel within the time limits set forth by Eastern District of California Local Rule 440.

2. The government delivered supplemental discovery to defense counsel on May 24, 2023, and

1

January 22, 2024. The defense is and has been reviewing discovery thus far provided.

3. The government will continue to follow up with law enforcement to determine the extent additional supplemental discovery exists. If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it to defense counsel in accordance with Rule 16.

4. On November 9, 2023, the Court set the case for trial on May 7, 2024, with a trial confirmation hearing on April 22, 2024, at the request of the parties. Dkt. 25.

5. The parties continue to be engaged in plea negotiations and are hopeful that an agreement might be reached that will eliminate the need for trial. However, the defense needs additional time to investigate the case including potential defenses, hire and interact with experts, review electronic evidence in accord with 18 U.S.C. § 3509 of the Adam Walsh Act, contact potential witnesses, complete its review of discovery and supplemental discovery, and communicate with the defendant. Counsel for the government will ensure that any additional information that it locates and should be produced pursuant to Rule 16 is indeed identified and produced.

6. The parties have since met and conferred about continuing the trial date and trial confirmation hearing and cleared dates with the Court. In light of these efforts, the parties ask the court to endorse their stipulation to **continue the trial date from May 7, 2024, to June 25, 2024, and continue the trial confirmation hearing from April 22, 2024, to May 28, 2024.** The parties estimate that trial should be completed within 3-4 days.

7. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8. The parties therefore stipulate that the period of time from May 7, 2024, through June 25, 2024, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the

1  best interest of the public and the defendant in a speedy trial.

2  IT IS SO STIPULATED.

4  Dated:  February 21, 2024                     PHILLIP A. TALBERT
                                                 United States Attorney

6                                           By:  /s/ BRITTANY M. GUNTER
                                                 BRITTANY M. GUNTER
                                                 Assistant United States Attorney

10 Dated:  February 21, 2024                By:  /s/ ERIC KERSTEN
                                                 ERIC KERSTEN
                                                 Attorney for Defendant

3

**O R D E R**

IT IS ORDERED that

(1) the **trial date** is continued to **June 25, 2024**; and

(2) the **trial confirmation hearing** is continued to **May 28, 2024**.

IT IS FURTHER ORDERED THAT the period of time from May 7, 2024, to June 25, 2024, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **February 21, 2024**

UNITED STATES DISTRICT JUDGE