HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
STEPHEN TYLER PROCK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:22-CR-00328-JLT-SKO |
| *Plaintiff,* | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE;** |
| vs. | |
| STEPHEN TYLER PROCK, | Date:   July 31, 2024 |
| *Defendant.* | Time:   1:00 p.m. |
| | Judge:  Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the status conference scheduled for June 17, 2024, before the Honorable Jennifer L. Thurston may be continued to July 31, 2024 before the Honorable Sheila K. Oberto.

Defense counsel believes a conflict exists and has filed a motion to withdraw from further representation of defendant. In the event that motion is granted new counsel will need additional time for effective defense preparation, including meeting and conferring with Mr. Prock, reviewing discovery, conducting investigation, and filing motions as appropriate.

The parties agree that all time through the proposed July 31, 2024 status conference date shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the time is necessary for ruling on the defense motion, and to allow for effective defense preparation, and the delay results from a

continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

|  |  |
|---|---|
|  | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: June 12, 2024 | /s/ *Brittany Gunter*<br>BRITTANY GUNTER<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: June 12, 2024 | /s/ *Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>Stephen Prock |

**ORDER**

**IT IS SO ORDERED**. The June 17, 2024, status conference is continued to July 31, 2024. All time through July 31, 2024, shall be excluded for ruling on the pending defense motion to withdraw pursuant to 18 U.S.C. §§ 3161(h)(1)(D), and/or effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). Because this continuance is being granted at Defendant's request and the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: June 13, 2024.

*Sheila K. Oberto*
Hon. Sheila K. Oberto
Judge, United States District Court