HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
STEPHEN TYLER PROCK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STEPHEN TYLER PROCK,<br><br>　　　　Defendant. | Case No. 1:22-cr-00328-JLT-SKO<br><br>MOTION TO WITHDRAW AS COUNSEL OF RECORD AND FOR APPOINTMENT OF NEW COUNSEL; ORDER |

Assistant Federal Defender Eric V. Kersten, counsel for defendant Stephen Tyler Prock in the above-captioned case, hereby moves this Court for an order allowing him to withdraw as counsel of record and for appointment of new counsel to represent Defendant Stephen Tyler Prock. This motion is based on the following facts:

1. On January 12, 2023, the Court appointed the Office of the Federal Defender to represent Defendant Stephen Tyler Prock. *See* Dkt. #4.

2. On June 11, 2024, the Federal Defender's Office became aware of a conflict involving this case.

3. Thereafter, the Federal Defender's Office contacted the Assistant United States Attorney in this matter, who confirmed the Federal Defender's Offices' suspicion that the Federal Defender's Office would have a conflict in the continued representation of Defendant Prock.

4. The Panel Administrator in the Federal Defender's Office is prepared to panel Mr. Prock's case based upon this declaration of conflict, awaiting an order by this Court relieving the Federal Defender's Office.

For the above reason, present counsel requests that this Court relieve the Federal Defender's Office of its duties as counsel of record and that the Court appoint CJA counsel to represent Defendant Stephen Tyler Prock in this matter. The case is presently scheduled for status conference before the Honorable Jennifer L. Thurston on June 17, 2024.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 12, 2024

/s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
STEPHEN TYLER PROCK

**O R D E R**

IT IS HEREBY ORDERED.

Date: June 12, 2024

Sheila K. Oberto
Judge, United States Magistrate Court