IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 1:22-CR-00328-1-JLT |
|---|---|---|
| Plaintiff, | ) | **ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| STEPHEN TYLER PROCK, | ) | |
| Defendant. | ) | |

The Defendant has satisfied this Court that he is financially unable to obtain counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. John F. Garland is appointed to represent the above defendant in this case effective *nunc pro tunc* to June 14, 2024, in place of the Federal Defender Organization.

This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

IT IS SO ORDERED.

Dated:   **June 15, 2024**

UNITED STATES DISTRICT JUDGE