PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>STEPHEN TYLER PROCK,<br><br>       Defendant. | Case No: 1:22-CR-00328-JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and John Garland, counsel for Stephen Tyler Prock ("the defendant"), that this action's **Wednesday, July 31, 2024, status conference be continued to Wednesday, October 30, 2024, at 1:00 p.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1. On July 10, 2024, the Court issued a minute order directing the parties to meet and confer and select a mutually convenient trial date to be discussed at the status conference on July 31. ECF 42.

2. However, the defendant and his counsel are not prepared to set the case for trial, at this time.

1

The defendant's prior counsel, Eric Kersten, withdrew from the case because of a conflict on June 13, 2024. ECF 36. Current defense counsel, John Garland, was then appointed to represent the defendant on June 17, 2024. ECF 37.

3. Since defense counsel's appointment, the parties litigated a motion for bail review filed by the government. ECF 40. The motion was granted, and the defendant was ordered detained on July 10, 2024. ECF 43.

4. Defense counsel has been unable to meet with the defendant to discuss the case since the defendant's remand into custody. Because he was appointed just over a month ago, defense counsel needs additional time to review the discovery, speak with the defendant about the case and a potential trial, and conduct any necessary investigation.

5. The government currently believes all discovery has been produced pursuant to Rule 16 or otherwise made available for the defense's inspection and review pursuant to the Adam Walsh Act. The government will nevertheless continue to follow up with law enforcement to determine the extent additional supplemental discovery exists. If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it to defense counsel in accordance with Rule 16.

6. As defense counsel completes his analysis of the discovery produced in this case, counsel for the government will work with the defense and HSI to ensure that the defense is able to also timely review, upon request, any electronic evidence in this case in accord with relevant provisions of the Adam Walsh Act.

7. By the time of the continued status conference and as all discovery is timely reviewed, the parties further intend to explore the extent this case can be resolved prior to trial.

8. The parties therefore stipulate that the period of time from July 31, 2024, through October 30, 2024, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  July 24, 2024                         PHILLIP A. TALBERT
                                              United States Attorney

                                        By:  /s/ BRITTANY M. GUNTER
                                              BRITTANY M. GUNTER
                                              Assistant United States Attorney

Dated: July 24, 2024                    By:  /s/ JOHN GARLAND
                                              JOHN GARLAND
                                              Attorney for Defendant
                                              Stephen Tyler Prock

## O R D E R

Based upon the parties' Stipulation, IT IS HEREBY ORDERED that the status conference currently set for July 31, 2024, at 1:00 pm is continued until October 30, 2024, at 1:00 pm.

IT IS FURTHER ORDERED THAT the period of time from July 31, 2024, through October 30, 2024, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: 7/25/2024                        _Sheila K. Oberto_
                                        HONORABLE SHEILA K. OBERTO
                                        United States Magistrate Judge