1  PHILLIP A. TALBERT
   United States Attorney
2  BRITTANY M. GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          Case No: 1:22-CR-00328-JLT-SKO

12                    Plaintiff,       STIPULATION AND ORDER TO CONTINUE
                                       STATUS CONFERENCE AND EXCLUDE TIME
13              v.                     UNDER SPEEDY TRIAL ACT

14 STEPHEN TYLER PROCK,

15                    Defendant.

16

17

18      THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant

19 United States Attorney Brittany M. Gunter, counsel for the government, and John Garland, counsel for

20 Stephen Tyler Prock ("the defendant"), that this action's **Wednesday, October 30, 2024, status**

21 **conference be continued to Wednesday, January 29, 2025, at 1:00 p.m.**  The parties likewise ask the

22 court to endorse this stipulation by way of formal order.

23      The parties base this stipulation on good cause, as follows:

24      1.  On October 15, 2024, the Court issued a minute order directing the parties to meet and confer

25          and select a mutually convenient trial date to be discussed at the status conference on

26          October 30.  ECF 47.

27      2.  However, the defendant and his counsel are not prepared to set the case for trial, at this time.

28                                      1

The defendant's prior counsel, Eric Kersten, withdrew from the case because of a conflict on June 13, 2024.  ECF 36.  Current defense counsel, John Garland, was then appointed to represent the defendant on June 17, 2024.  ECF 37.

3.  Since defense counsel's appointment, the parties litigated a motion for bail review filed by the government.  ECF 40.  The motion was granted, and the defendant was ordered detained on July 10, 2024.  ECF 43.

4.  Defense counsel has had very limited opportunity to meet and confer with the defendant about the case since the defendant's remand into custody.  The defendant is currently housed at Taft, which has presented difficulties for the defense counsel to arrange meetings with the defendant and to spend sufficient time with the defendant to discuss the case.

5.  Further, because defense counsel was appointed just over three months ago, defense counsel needs additional time to review the discovery, speak with the defendant about the case and a potential trial, and conduct any necessary investigation.  The defense counsel also needs additional time to arrange any expert review of the electronic evidence in this case.

6.  The government currently believes all discovery has been produced pursuant to Rule 16 or otherwise made available for the defense's inspection and review pursuant to the Adam Walsh Act.  The government will nevertheless continue to follow up with law enforcement to determine the extent additional supplemental discovery exists.  If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it to defense counsel in accordance with Rule 16.

7.  As defense counsel completes his analysis of the discovery produced in this case, counsel for the government will work with the defense and HSI to ensure that the defense is able to also timely review, upon request, any electronic evidence in this case in accord with relevant provisions of the Adam Walsh Act.

8.  By the time of the continued status conference and as all discovery is timely reviewed, the parties further intend to explore the extent this case can be resolved prior to trial.

9.  The parties therefore stipulate that the period of time from October 30, 2024, to January 29,

1   2025, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv)

2   because it results from a continuance granted by the Court at the parties' request on the basis

3   of the Court's finding that the ends of justice served by taking such action outweigh the best

4   interest of the public and the defendant in a speedy trial.

6   IT IS SO STIPULATED.

8   Dated: October 22, 2024                    PHILLIP A. TALBERT
                                               United States Attorney

10                                      By: _/s/ BRITTANY M. GUNTER_____
                                            BRITTANY M. GUNTER
11                                          Assistant United States Attorney

13  Dated: October 22, 2024           By: _/s/ JOHN GARLAND_____
                                          JOHN GARLAND
14                                        Attorney for Defendant
                                          Stephen Tyler Prock

1

**O R D E R**

2

    IT IS ORDERED that the status conference currently set for October 30, 2024, at 1:00 pm is

3

continued until January 29, 2025, at 1:00 pm.

4

    IT IS FURTHER ORDERED THAT the period of time from October 30, 2024, through January

5

29, 2025, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it

6

results from a continuance granted by the Court at the parties' request on the basis of the Court's finding

7

that the ends of justice served by taking such action outweigh the best interest of the public and the

8

defendant in a speedy trial.

9

10

11

Dated: 10/22/2024

                *Sheila K. Oberto*

12

                HONORABLE SHEILA K. OBERTO
                United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28