1 | MICHELE BECKWITH
Acting United States Attorney
2 | BRITTANY M. GUNTER
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5 | Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 1:22-CR-00328-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE; |
| v. | |
| STEPHEN TYLER PROCK, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and John Garland, counsel for Stephen Tyler Prock ("the defendant"), that this action's **Wednesday, June 18, 2025, status conference be vacated.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1. On January 29, 2025, the Court set this case for trial on October 28, 2025. ECF 54. Time was excluded through the trial date. ECF 54. The Court also set a continued status conference for June 18, 2025. ECF 54.

2. On May 21, 2025, the parties further discussed the potential for resolving this case by plea agreement. The parties discussed new terms of a plea agreement different than those in the plea agreement filed on May 1, 2024. ECF 30.

3. On June 9, 2025, defense counsel informed the government that he has a meeting set up with his client for June 11, 2025. He indicated he will likely know then whether the defendant will be agreeing to resolve the case by plea agreement or intends to proceed to trial.

4. If the case does not resolve by plea agreement, the parties intend to submit a stipulation and proposed order to set a trial confirmation hearing, motions hearing, and motions briefing schedule.

5. Based on the parties' continued efforts towards determining whether the case can be resolved short of trial, the parties stipulate that the status conference set for June 18, 2025, is not necessary at this time. Accordingly, the parties jointly request that the status conference be vacated.

IT IS SO STIPULATED.

Dated: June 10, 2025                                             MICHELE BECKWITH
                                                                 Acting United States Attorney

                                                            By:  /s/ BRITTANY M. GUNTER
                                                                 BRITTANY M. GUNTER
                                                                 Assistant United States Attorney

Dated: June 10, 2025                                        By:  /s/ JOHN GARLAND
                                                                 JOHN GARLAND
                                                                 Attorney for Defendant
                                                                 Stephen Tyler Prock

**O R D E R**

Based on the parties' Stipulation,

IT IS HEREBY ORDERED that the status conference currently set for June 18, 2025, at 1:00 pm is VACATED.

IT IS SO ORDERED.

Dated:   **June 11, 2025**                                  /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE