ERIC GRANT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHEN TYLER PROCK,<br><br>    Defendant. | Case No: 1:22-CR-00328-JLT-SKO<br><br>STIPULATION TO CONTINUE TRIAL DATE; ORDER |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and John Garland, counsel for Stephen Tyler Prock ("the defendant"), that **the trial in this case be continued from October 28, 2025, to April 21, 2026**. The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1. On May 1, 2024, the government filed a plea agreement signed by the defendant and his prior counsel. ECF 30. The Court set a change of plea hearing for June 3, 2024. ECF 31.

2. On June 3, 2024, the defendant did not change his plea in accordance with the plea agreement filed on May 1. ECF 32. The Court then set a continued status conference. ECF

1

STIPULATION TO SET CHANGE OF PLEA HEARING
AND REGARDING OPERATIVE PLEA AGREEMENT; ORDER

1  32.

2  3. On June 17, 2024, the Court appointed the defendant new counsel, which is his current
3     defense counsel.  ECF 37.

4  4. On January 29, 2025, the Court set the case for trial on October 28, 2025, and excluded time
5     through the trial date.  ECF 54.

6  5. Since then, the government extended another plea offer to the defendant, which he has
7     rejected.

8  6. Defense counsel needs additional time to consider and prepare motions to address the
9     previously filed plea agreement, as well as any evidentiary issues related to the trial.  Defense
10    counsel also needs additional time to consider consulting with experts in anticipation of a
11    trial.

12 7. Accordingly, defense counsel is requesting to continue the trial date from October 28, 2025,
13    to April 21, 2026.  The government does not oppose the requested continuance.

14 8. The parties therefore stipulate that the period of time from September 19, 2025, to April 21,
15    2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv)
16    because it results from a continuance granted by the Court at the parties' request on the basis
17    of the Court's finding that the ends of justice served by taking such action outweigh the best
18    interest of the public and the defendant in a speedy trial.

19    IT IS SO STIPULATED.

20  Dated:  September 19, 2025                    ERIC GRANT
                                                  United States Attorney
21

22                                          By:  /s/ BRITTANY M. GUNTER
                                                 BRITTANY M. GUNTER
23                                               Assistant United States Attorney

24

25  Dated: September 19, 2025                By:  /s/ JOHN GARLAND
                                                  JOHN GARLAND
26                                                Attorney for Defendant
                                                  Stephen Tyler Prock
27

28  STIPULATION TO SET CHANGE OF PLEA HEARING
    AND REGARDING OPERATIVE PLEA AGREEMENT; ORDER

2

**O R D E R**

IT IS ORDERED that the trial is continued from October 28, 2025, to April 21, 2026.

IT IS FURTHER ORDERED THAT the period of time from September 19, 2025, through April 21, 2026, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **September 20, 2025**

UNITED STATES DISTRICT JUDGE