ERIC GRANT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00328-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO SET MOTIONS BRIEFING SCHEDULE; ORDER |
| v. | |
| STEPHEN TYLER PROCK, | |
| Defendant. | |

The United States of America, by and through its counsel of record, and defendant Stephen Tyler Prock, by and through defendant's counsel of record, John Garland, hereby stipulate as follows:

1. By previous order, the Court set this matter for a jury trial on April 21, 2026. ECF 59.

2. The parties have met, conferred, agreed to dates for a motions briefing schedule. The parties request that the Court approve the following schedule for pretrial motions and/or motions in limine:

    a) Each party shall file pretrial motions or motions in limine by March 9, 2026.

    b) Each party shall file oppositions to the other party's motions by March 16, 2026.

    c) Each party shall file replies to the other party's opposition by March 23, 2026.

3. The parties understand that the Court will set a motions hearing for any motions that cannot be resolved based on the pleadings. The parties will indicate in their motions whether they desire a hearing.

STIPULATION TO SET MOTIONS BRIEFING SCHEDULE; ORDER               1

4. The parties also request that the Court issue a pretrial order.

IT IS SO STIPULATED.

Dated:  January 6, 2026                                ERIC GRANT
                                                       United States Attorney

                                                       /s/ BRITTANY M. GUNTER
                                                       BRITTANY M. GUNTER
                                                       Assistant United States Attorney

Dated:  January 6, 2026                                /s/ JOHN GARLAND
                                                       JOHN GARLAND
                                                       Counsel for Defendant

## ORDER

IT IS ORDERED that the parties shall file any pretrial motions or motions in limine in accordance with the proposed briefing schedule set forth in the parties' stipulation above. The Court will issue a pretrial order.

IT IS SO ORDERED.

Dated:  **January 7, 2026**                            UNITED STATES DISTRICT JUDGE