ERIC GRANT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00328-JLT-SKO |
|---|---|
| Plaintiff, | ORDER REGARDING GOVERNMENT'S MOTION FOR LEAVE OF COURT TO FILE ADDITIONAL MOTION |
| v. | |
| STEPHEN TYLER PROCK, | |
| Defendant. | |

IT IS ORDERED that based upon the good cause provided in the government's Motion for Leave of Court to File Additional Motion, the government is permitted to file an additional motion related to a partial waiver of the defendant's attorney-client privilege for the Court's consideration by no later than March 20, 2026.

IT IS SO ORDERED.

Dated: March 19, 2026

_____
HON. JENNIFER L. THURSTON
United States District Judge