ERIC GRANT
United States Attorney
BRITTANY M. GUNTER
CALVIN LEE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>STEPHEN TYLER PROCK,<br><br>               Defendant. | CASE NO: 1:22-CR-00328-JLT-SKO<br><br>STIPULATION TO CONTINUE DEADLINE FOR REPLIES REGARDING MOTIONS *IN LIMINE*; ORDER |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorneys Brittany M. Gunter and Calvin Lee, counsel for the government, and John Garland, counsel for Stephen Tyler Prock ("the defendant"), that the **deadline for filing replies regarding the government's motions *in limine* be continued from March 23, 2026, to March 30, 2026.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause. Specifically,

1. On January 7, 2026, the Court set a briefing schedule regarding motions *in limine*. ECF 61. The Court ordered motions to be filed by March 9, oppositions to be filed by March 16, and replies to be filed by March 23. ECF 61. ECF 61.

2. On March 9, the government filed omnibus motions *in limine*. ECF 63. The government's

1

filing included a motion regarding the admissibility of the defendant's signed plea agreement. *Id.*; ECF 30. The defendant filed oppositions on March 16. ECF 64.

3. Based on the defendant's opposition, the government sought leave to file an additional motion, which the government filed on March 20. ECF 70. The motion was for a finding of a partial waiver of attorney-client and work product privileges. ECF 70.

4. On March 23, the Court issued a minute order indicating that any responses to the motion for a finding of partial waiver of the privileges shall be filed by March 30. ECF 71.

5. The government consulted with defense counsel about aligning the deadline for replies related to the government motions in limine with the deadline for responses to the government's motion for a finding of partial waive due to the overlap between the issues. The parties agreed to continue the deadline for replies to March 30.

6. The parties therefore stipulate that the deadline for replies regarding the motions *in limine* be continued from March 23 to March 30, 2026.

IT IS SO STIPULATED.

Dated:  March 23, 2026

ERIC GRANT
United States Attorney

By:  /s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated:  March 23, 2026

By:  /s/ JOHN GARLAND
JOHN GARLAND
Counsel for Defendant

2

**O R D E R**

IT IS ORDERED that replies regarding the motions *in limine* shall be filed by March 30, 2026.

IT IS SO ORDERED.

Dated:   **March 23, 2026**

UNITED STATES DISTRICT JUDGE